UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOUGLAS NICKERSON,

      Petitioner,

vs.                           Case No. 3:05-cv-372-J-99MCR

JAMES CROSBY, et al.,

      Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner filed a Petition for Writ of Habeas Corpus (Doc. #1) on April 27, 2005; however, Petitioner did not pay the $5.00 filing fee or file a request to proceed *in forma pauperis* within thirty days of the commencement of the action. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this action will be dismissed without prejudice. See also 28 U.S.C. §§ 1914(a), 1915(a)(1).

If Petitioner decides to initiate a new habeas corpus case, he must pay the $5.00 filing fee or file a request to proceed *in forma pauperis* within thirty days of the commencement of the new action.

Accordingly, it is now

**ADJUDGED:**

1. The **Clerk of the Court** shall send Petitioner a form for use in Section 2254 cases and an Affidavit of Indigency form. If

Petitioner decides to initiate a new habeas corpus case, he may complete and submit these forms. Petitioner should not place this case number on the forms. The Clerk will assign a separate case number if Petitioner decides to initiate a new habeas corpus case.

    2.   This case is **DISMISSED** without prejudice.

    3.   The Clerk of the Court shall enter judgment dismissing the case without prejudice.

    4.   The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of June, 2005.

UNITED STATES DISTRICT JUDGE

ps 6/8
c:
Douglas Nickerson

2